JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT -SOUTHERN DIVISION

| | |
|---|---|
| JOLENE KAYE,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, a Minnesota Corporation, and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 8:25-cv-02631-JWH-KES<br><br>**ORDER RE: JOINT STIPULATION TO REMAND THE ACTION TO STATE COURT PLAINTIFF'S MOTION TO REMAND** |

On January 8, 2026, the parties filed a stipulation for an order under 28 U.S.C. § 1447(c), remanding this case to the Superior Court of California for the County of Orange. The Court, having considered all papers and the stipulation filed in this matter, hereby **ORDERS** as follows:

1. This action is **REMANDED** to the Superior Court of the State of California, County of Orange.

2. The Clerk of the Court is **DIRECTED** to close this federal action.

**IT IS SO ORDERED.**

Dated: January 12 , 2026

 _____
Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE